FILED
CLERK, U.S. DISTRICT COURT

MAY -1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ABRAHAM ELIJAH SANCHEZ,            )   Case No. CV 13-4363-JFW(AJW)
                                   )
         Petitioner,               )
                                   )
    v.                             )   JUDGMENT
                                   )
F. FOULK, Warden,                  )
                                   )
         Respondent.               )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 5/1/14

_____
John F. Walter
United States District Judge